Leon J. Klein, plaintiff in error, v. John M. Minnecci, defendant in error. Gen. No. 34,185.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

H. C. Rumery, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.